| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wherry, Jr., Robert A. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>11/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Tax Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Tax Court<br>400 Second Street, N.W., # 413<br>Washington, D.C. 20217 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/31/03 | Lentz, Evans and King P.C., Resignation & Redemption Agreement provides for stock redemption, resolution of lease, malpractice, and payment for in-process work. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Accounting Association | 12/9/11 | Denver, Colorado | Guest Speaker | Travel, hotel, mails, rental car |
| 2. | California Bar Association | 11/3/11 | San Jose, California | Guest Speaker | Travel, hotel, meals, rental car |
| 3. | National Institute on Criminal Tax Fraud | 11/30/11 | Las Vegas, NV | Guest Speaker | Hotel & meals provided. Travel & rental car not reimbursed until 2/2012. |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Various Accts | A | Interest | K | T | | | | | |
| 2. COCBF Stock | | None | J | T | | | | | |
| 3. TRANSAMERICA LIFE INS. POLICY | A | Interest | J | V | | | | | See Part VIII |
| 4. COMMONWEALTH ANNUITY . & LIFE INSURANCE | A | Interest | J | V | | | | | See Part VIII |
| 5. IRA #4 (CHARLES SCHWAB IRA) | | | | | | | | | |
| 6. -MONEY MARKET - SWEEP ACCOUNT (SWSXX) | A | Interest | J | T | | | | | |
| 7. -ALLIANCE PHARMA CORP NEW (ALLP) | | None | | | | | | | See Part VIII |
| 8. -COASTAL CARRIBBEAN OIL (COCBF) | | None | J | T | | | | | |
| 9. -FIVE STAR QUALITY CARE INC (FVE) | | None | J | T | | | | | |
| 10. -HEALTH CARE RLTY (HR) | A | Dividend | | | | | | | |
| 11. -HRPT PROPERTIES (HRP) , n/k/a Commonwealth REIT (CWH) | A | Dividend | | | Sold | 02/16/11 | K | | Loss |
| 12. -IBM | B | Dividend | L | T | Buy (add'l) | 01/07/11 | K | | |
| 13. -MCKESSON CORP (MCK) | A | Dividend | | | Buy (add'l) | 01/12/11 | K | | |
| 14. | | | | | Sold | 05/06/11 | K | D | |
| 15. -NEUROCRINE BIO INC (NBIX) | | None | J | T | | | | | |
| 16. -A POWER EGYGENERTN (APWR) | | None | J | T | | | | | |
| 17. -TELECOMMUNICACOES DE ADRF ("TSP") | A | Dividend | | | Sold | 02/17/11 | K | | Loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CATERPILLAR INC. (CAT) | A | Dividend | K | T | | | | | |
| 19.  -EMERSON ELECTRIC CO. (EMR) | A | Dividend | K | T | Buy (add'l) | 01/06/11 | J | | |
| 20.  -ANADARKO PETROLEUM CORP. (APC) | | None | | | Sold | 02/18/11 | K | D | |
| 21.  -UNION PACIFIC CORP. (UNP) | B | Dividend | M | T | Buy (add'l) | 05/04/11 | J | | |
| 22. | | | | | Buy (add'l) | 05/09/11 | K | | |
| 23. | | | | | Buy (add'l) | 05/13/11 | K | | |
| 24.  -C S X CORP. (CSX) | B | Dividend | L | T | Buy (add'l) | 04/26/11 | J | | |
| 25. | | | | | Buy (add'l) | 05/03/11 | K | | |
| 26.  -EATON CORP. (ETN) | A | Dividend | | | Sold | 05/02/11 | K | D | |
| 27.  -INGERSOLL RAND CO. (IR) | A | Dividend | K | T | | | | | |
| 28.  -NRG ENERGY, INC. (NRG) | | None | K | T | Buy (add'l) | 01/14/11 | J | | |
| 29.  -SINOBIOPHARMA, INC. (SNBP) | | None | | | Sold | 12/28/11 | J | | Cash Merger - Loss |
| 30.  -EXELON CORPORATION (EXC) | A | Dividend | | | Sold | 02/17/11 | K | | Loss |
| 31.  -EXXON MOBIL CORP. (XOM) | A | Dividend | K | T | | | | | |
| 32.  -EMDEON, INC. (EM) | | None | | | Sold | 05/05/11 | J | | Loss |
| 33.  -GENERAL ELECTRIC (GE) | A | Dividend | K | T | | | | | |
| 34.  -NACEL ENERGY CORP. (NCEN) | | None | | T | | | | | Below Reporting Limits |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JOHNSON & JOHNSON (JNJ) | B | Dividend | K | T | | | | | |
| 36. -COCA COLA COMPANY (KO) | A | Dividend | K | T | | | | | |
| 37. -AES CORP. (AES) | | None | K | T | | | | | |
| 38. -SOUTHWEST GAS COM. (SWX) | A | Dividend | | | Sold | 05/13/11 | K | C | |
| 39. -REPUBLIC SERVICES, INC (RSG) | A | Dividend | | | Sold | 05/02/11 | K | C | |
| 40. -BECTON DICKINSON & CO. (BDX) | A | Dividend | | | Sold | 05/02/11 | K | C | |
| 41. -IRON MOUNTAIN, INC. (IRM) | A | Dividend | | | Sold | 02/17/11 | K | | Loss |
| 42. -EL PASO CORP. (EP) | A | Dividend | K | T | | | | | |
| 43. -PLURISTEM THERAPEUTICS (PSTI) | | None | J | T | | | | | |
| 44. -ARCHER-DANIELS-MIDLAND CO. (ADM) | A | Dividend | J | T | | | | | |
| 45. -ATHERSYS. INC. (ATHX) | | None | J | T | | | | | |
| 46. -ALCOA INC. (AA) | A | Dividend | J | T | Buy | 01/03/11 | K | | |
| 47. -CHEVRON CORP. (CVX) | B | Dividend | L | T | Buy | 01/03/11 | K | | |
| 48. | | | | | Buy (add'l) | 01/13/11 | K | | |
| 49. -CONOCOPHILLIPS (COP) | B | Dividend | K | T | Buy | 01/03/11 | K | | |
| 50. -INTEL CORP. (INTC) | A | Dividend | J | T | Buy | 01/03/11 | J | | |
| 51. -FREEPORT MCMORAN COPPER (FCX) | A | Dividend | K | T | Buy | 01/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -EDWARDS LIFESCIENCES CP (EW) | | None | K | T | Buy | 05/02/11 | K | | |
| 53. -TESCO PLC SPONSORED (TSCDY) | A | Distribution | L | T | Buy | 04/21/11 | J | | |
| 54. | | | | | Buy (add'l) | 05/02/11 | K | | |
| 55. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 56. | | | | | Buy (add'l) | 05/09/11 | K | | |
| 57. | | | | | Buy (add'l) | 06/17/11 | J | | |
| 58. -RAILAMERICA INC. (RA) | | None | J | T | Buy | 05/03/11 | K | | |
| 59. GREAT AMERICAN FIN. RES. f/k/a MANHATTAN NAT'L LIFE | B | Interest | K | T | | | | | See Part VIII |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 3, 4, 58 -- These are life insurance policies.  The values are based on cash surrender values.

Item 7 -- This company is inactive or insolvent, and will not be included in future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 11/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert A. Wherry, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544